making and service of proofs of loss. All concurred; Lambert, J., not sitting.

In the Matter of the Claim of Ivan D. Buckley, Appellant, v. Rex C. Loder, as Administrator, etc., Respondent.— Judgment affirmed, with costs. All concurred.

Ivan D. Buckley, Respondent, v. Rex C. Loder, as Administrator, etc., Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Robert Barr, Respondent, v. Turner Construction Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

George A. Lewis, Appellant, v. Auburn Publishing Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

William J. Phillips, Respondent, v. George D. Pohl Manufacturing Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence upon the question of the alleged breach of warranty submitted to the jury. All concurred, except Robson, J., who dissented.

Joseph B. Rumsey, Respondent, v. Queens County Trust Company and Others, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with leave to the appellants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. Held, that the complaint states a single cause of action in tort. The several overt acts of defendants, pleaded by plaintiff, make up the means and method alleged by him to have been adopted and employed by defendants to impair and practically destroy the value of his property rights and interests in the Buffalo and Southern Railway Company in the execution of the fraudulent scheme alleged to have been adopted by defendants to accomplish that unlawful purpose. All concurred.

Dan R. Hanna and Others, Composing the Copartnership, etc., as Trustees, etc., Respondents, v. The Florence Iron Company of Wisconsin, Appellant.— Judgment and order affirmed, with costs. All concurred.

Kathryn Eisleben, Respondent, v. Henry C. Gerber, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.

Matilda La Prise, Respondent, v. Fred W. Henry, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Thomas Kane, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

Olga Jacobs, Appellant, v. E. W. Edwards & Son, Respondent.— Judgment modified by striking out the provision denying a new trial and in lieu thereof inserting a provision that a new trial be granted in the Municipal Court of Rochester, to be had on the 21st day of July, 1915, at ten A. M., and as so modified the judgment is affirmed, without costs of this appeal to either party. Held, that while the evidence tending to establish plaintiff's ownership of the garment, the recovery of which is